UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SETH NEWMAN, *on behalf of himself and all others similarly situated*,

        Plaintiff,

-against-

U-HAUL CO. OF NEW YORK AND VERMONT, INC., U-HAUL INTERNATIONAL, INC. and AMERCO,

        Defendants.

Case No.: 7:18-cv-4751

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel that the above-captioned action is voluntarily dismissed, with prejudice, against Defendants, U-HAUL CO. OF NEW YORK AND VERMONT, INC., U-HAUL INTERNATIONAL, INC. and AMERCO, pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with the parties to bear responsibility for their respective fees and costs.

For the Defendant:

By: _____
Adam Randall Fox
Squire Patton Boggs (US) LLP
555 S. Flower Street, 31st Floor
Los Angeles, CA 90071
Phone: (213) 689-5166
Fax: (213) 623-4581
adam.fox@squirepb.com

Date: June 30, 2020

For the Plaintiff:

By: _____
C.K. Lee, Esq.
Lee Litigation Group, PLLC
148 W. 24th Street, Eighth Floor
New York, NY 10011
Telephone: (212) 465-1188
cklee@leelitigation.com

Date: June 30, 2020

SO ORDERED

_____
U.S.D.J.